Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald L. Keller Jr.**
  Debtor(s)

Bankruptcy Case No.: 14−20971−JAD
Doc. #96
Chapter: 13
Docket No.: 97 − 96

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 27th day of October, 2016, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/21/16.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/30/16 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/21/16.**

                                          Jeffery A. Deller
                                          United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-20971-JAD
Ronald L. Keller, Jr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz                 Page 1 of 2                  Date Rcvd: Oct 27, 2016
                              Form ID: 408               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
```
db             #+Ronald L. Keller, Jr.,    3540 West Crawford Avenue,    Dunbar, PA 15431-2205
r               +Dennis Martin,    Coldwell Banker Laurel Ridge Realty,    1307 Morrell Avenue,
                  Connellsville, PA 15425-3853
13812275         Bernstein-Burkley, PC,    707 Grant Street--Suite 2200 Gulf Tower,    Pittsburgh, PA 15219-1900
13812276        +Best Line Equipment,    140 Hawbaker Industrial Drive,    State College, PA 16803-2303
13829669        +Dennis Lumber,    4888 National Pike,    Markleysburg, PA 15459-1028
13812277        +Fayco Rentals, Inc.,    495 Connellsville Street,    Uniontown, PA 15401-2537
13812278        +Fayette Rental Solutions, LLC,    Walter N. Grimes,    495 Connellsville Street,
                  Uniontown, PA 15401-2537
13812279        +First Federal S & L Assoc. Greene County,    Main and Beeson,    P.O. Box 1246,
                  Uniontown, PA 15401-1246
13812280        +First Niagara Bank,    4224 Ridge Lea Road,    Buffalo, NY 14226-1081
13812283         GRS Services, Inc.,    550 Rear Pittsburgh Road,    Uniontown, PA 15401
13812282        +Golden Eagle Asphalt,    850 North Gallatin Avenue,    Uniontown, PA 15401-2117
13829670         John and John,    96 East Main Street,    Uniontown, PA 15401-3517
13812285        +Kay Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
13812286        +Lewandowski Equipment Co., lnc.,     1 Wedding Lane,    Mount Pleasant, PA 15666-9165
13829671        +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                  Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13814647        +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13812288        +PNC Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13812290         PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
13812289         PNC Bank,    Attn: Bankruptcy Department,    P.O. Box 5570,    Brecksville, OH 44101-0570
13812291        +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13829672        +Southwest Regional Tax Bureau,    One Centennial Way,    Scottdale, PA 15683-1741
13812292        +Spotto Ace Hardware,    805 West Crawford Avenue,    Connellsville, PA 15425-2593
13812293        +Steve Patterson, LLC,    d/b/a Dunbar Stone,    300 Pechin Road,    Dunbar, PA 15431-2009
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13812281         E-mail/Text: fnb.bk@fnfg.com Oct 28 2016 02:03:07     First Niagara Bank,
                  6950 South Transit Road,    P.O. Box 514,    Lockport, NY 14095-0514
13885288        +E-mail/Text: kburkley@bernsteinlaw.com Oct 28 2016 02:03:24     First Niagara Bank, N.A.,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
13812284         E-mail/Text: cio.bncmail@irs.gov Oct 28 2016 02:01:19     Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia, PA 19101-7346
13812287         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2016 02:02:01     PA Department of Revenue,
                  Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13814398         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2016 02:02:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
13817738         E-mail/Text: bnc-quantum@quantum3group.com Oct 28 2016 02:01:41
                  Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                  Kirkland, WA 98083-0788
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Federal Savings & Loan Association of Greene
cr              First Niagara Bank, N.A.
cr              PNC Mortgage, a division of PNC Bank, NA as servic
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                      Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: skoz                Page 2 of 2             Date Rcvd: Oct 27, 2016
                              Form ID: 408              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, NA as servicer
               for Freddie Mac agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Anne N. John    on behalf of Creditor   First Federal Savings & Loan Association of Greene County
               johnandjohn96@atlanticbb.net
              Daniel R. White    on behalf of Debtor Ronald L. Keller, Jr. dwhite@zeblaw.com,   gianna@zeblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```