**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RONALD L. KELLER, JR.

          Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
        Movant
      vs.
No Repondents.

Case No.:14-20971 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

    1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

    2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

    3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

    1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
    2. Approve the Trustee's Report of Receipts and Disbursements,
    3. Terminate wage attachments,
    4. Revest property of the estate in the debtor(s), and
    5. Enter a final decree and close this case.

October 26, 2016

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/14/2014  and confirmed on 5/13/14 .  The case was subsequently           Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,426.12 |
| Less Refunds to Debtor | 2,053.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,373.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 2,522.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,022.66 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 1ST FEDERAL SAVINGS GREENE CTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0281 | | | | |
| PNC BANK NA | 14,544.54 | 14,544.54 | 0.00 | 14,544.54 |
| Acct: 9415 | | | | |
| PNC BANK NA | 480.16 | 480.16 | 0.00 | 480.16 |
| Acct: 9415 | | | | |
| QUANTUM3 GROUP LLC AGNT - STERLIN | 205.25 | 205.25 | 0.00 | 205.25 |
| Acct: 1730 | | | | |
| PNC BANK NA | 4,760.66 | 4,760.66 | 1,707.72 | 6,468.38 |
| Acct: 3829 | | | | |
| PNC BANK NA | 2,642.27 | 2,642.27 | 856.03 | 3,498.30 |
| Acct: 9482 | | | | |
| | | | | 25,196.63 |
| Priority | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD L. KELLER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD L. KELLER, JR. | 2,053.12 | 2,053.12 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 4,313.00 | 4,313.00 | 0.00 | 4,313.00 |
| Acct: 5907 | | | | |
| PA DEPARTMENT OF REVENUE* | 996.87 | 996.87 | 0.00 | 996.87 |
| Acct: 6457 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTR | 203.63 | 203.63 | 0.00 | 203.63 |
| Acct: 6457 | | | | |
| CONNELLSVILLE ASD & DUNBAR TWP (E | 162.52 | 162.52 | 0.00 | 162.52 |
| Acct: 5907 | | | | |
| GRS SERVICES INCORPORATED | 616.00 | 616.00 | 0.00 | 616.00 |

14-20971 JAD

Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| Acct: 7654 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 529.89 | 529.89 | 0.00 | 529.89 |
| Acct: XXE/OE | | | | |
| | | | | 6,821.91 |
| Unsecured | | | | |
| BEST LINE EQUIPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: K001 | | | | |
| DENNIS LUMBER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYCO RENTALS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYETTE RENTAL SOLUTIONS LLC | 8,534.30 | 8,534.30 | 0.00 | 8,534.30 |
| Acct: 4981 | | | | |
| FIRST NIAGARA BANK | 10,421.77 | 10,421.77 | 0.00 | 10,421.77 |
| Acct: 1414 | | | | |
| FIRST NIAGARA BANK | 316.83 | 316.83 | 0.00 | 316.83 |
| Acct: 6546 | | | | |
| GOLDEN EAGLE ASPHALT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2013 | | | | |
| LEWANDOWSKI EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 2,962.14 | 2,962.14 | 0.00 | 2,962.14 |
| Acct: 2791 | | | | |
| PNC BANK NA | 2,736.92 | 2,736.92 | 0.00 | 2,736.92 |
| Acct: 0034 | | | | |
| SPOTTO ACE HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEVE PATTERSON LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6401 | | | | |
| PA DEPARTMENT OF REVENUE* | 359.84 | 359.84 | 0.00 | 359.84 |
| Acct: 6457 | | | | |
| | | | | 25,331.80 |
| TOTAL PAID TO CREDITORS | | | | 57,350.34 |

| TOTAL | |
|---|---|
| CLAIMED | 6,821.91 |
| PRIORITY | 22,632.88 |
| SECURED | 25,331.80 |

Date: 10/26/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

     RONALD L. KELLER, JR.

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:14-20971 JAD

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

          BY THE COURT:

          _____
          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-20971-JAD
Ronald L. Keller, Jr.,                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz              Page 1 of 2          Date Rcvd: Oct 27, 2016
                             Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
```
db          #+Ronald L. Keller, Jr.,    3540 West Crawford Avenue,   Dunbar, PA 15431-2205
r           +Dennis Martin,   Coldwell Banker Laurel Ridge Realty,   1307 Morrell Avenue,
              Connellsville, PA 15425-3853
13812275     Bernstein-Burkley, PC,   707 Grant Street--Suite 2200 Gulf Tower,   Pittsburgh, PA 15219-1900
13812276    +Best Line Equipment,   140 Hawbaker Industrial Drive,   State College, PA 16803-2303
13829669    +Dennis Lumber,   4888 National Pike,   Markleysburg, PA 15459-1028
13812277    +Fayco Rentals, Inc.,   495 Connellsville Street,   Uniontown, PA 15401-2537
13812278    +Fayette Rental Solutions, LLC,   Walter N. Grimes,   495 Connellsville Street,
              Uniontown, PA 15401-2537
13812279    +First Federal S & L Assoc. Greene County,   Main and Beeson,   P.O. Box 1246,
              Uniontown, PA 15401-1246
13812280    +First Niagara Bank,   4224 Ridge Lea Road,   Buffalo, NY 14226-1081
13812283     GRS Services, Inc.,   550 Rear Pittsburgh Road,   Uniontown, PA 15401
13812282    +Golden Eagle Asphalt,   850 North Gallatin Avenue,   Uniontown, PA 15401-2117
13829670     John and John,   96 East Main Street,   Uniontown, PA 15401-3517
13812285    +Kay Jewelers,   P.O. Box 3680,   Akron, OH 44309-3680
13812286    +Lewandowski Equipment Co. Inc.,   1 Wedding Lane,   Mount Pleasant, PA 15666-9165
13829671    +PA Unemployment Compensation Fund,   Department of Labor and Industry,
              Office of UC Tax Services,   625 Cherry Street--Room 203,   Reading, PA 19602-1152
13814647    +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13812288    +PNC Bank,   Attn: Bankruptcy,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13812290     PNC Bank,   P.O. Box 6177,   Louisville, KY 40285-6177
13812289     PNC Bank,   Attn:  Bankruptcy Department,   P.O. Box 5570,   Brecksville, OH 44101-0570
13812291    +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
13829672    +Southwest Regional Tax Bureau,   One Centennial Way,   Scottdale, PA 15683-1741
13812292    +Spotto Ace Hardware,   805 West Crawford Avenue,   Connellsville, PA 15425-2593
13812293    +Steve Patterson, LLC,   d/b/a Dunbar Stone,   300 Pechin Road,   Dunbar, PA 15431-2009
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13812281     E-mail/Text: fnb.bk@fnfg.com Oct 28 2016 02:03:07    First Niagara Bank,
              6950 South Transit Road,   P.O. Box 514,   Lockport, NY 14095-0514
13885288    +E-mail/Text: kburkley@bernsteinlaw.com Oct 28 2016 02:03:24     First Niagara Bank, N.A.,
              c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
13812284     E-mail/Text: cio.bncmail@irs.gov Oct 28 2016 02:01:10    Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
13812287     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2016 02:01:47    PA Department of Revenue,
              Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0946
13814398     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2016 02:01:47
              Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
13817738     E-mail/Text: bnc-quantum@quantum3group.com Oct 28 2016 02:01:29
              Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,   PO Box 788,
              Kirkland, WA  98083-0788
                                                                            TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           First Federal Savings & Loan Association of Greene
cr           First Niagara Bank, N.A.
cr           PNC Mortgage, a division of PNC Bank, NA as servic
                                                                TOTALS: 3, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: skoz              Page 2 of 2             Date Rcvd: Oct 27, 2016
                              Form ID: pdf900          Total Noticed: 29

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, NA as servicer
          for Freddie Mac agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Anne N. John   on behalf of Creditor   First Federal Savings & Loan Association of Greene County
          johnandjohn96@atlanticbb.net
          Daniel R. White   on behalf of Debtor Ronald L. Keller, Jr. dwhite@zeblaw.com,   gianna@zeblaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                          TOTAL: 6