**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    RONALD L. KELLER, JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:14-20971 JAD

Chapter 13

Document No.:   96

ORDER OF COURT

    AND NOW, this __22nd__ day of __November__, 20__16__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE   sjk

Jeffery A. Deller

FILED
11/22/16 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald L. Keller, Jr.  
    Debtor

Case No. 14-20971-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2     Date Rcvd: Nov 22, 2016  
                 Form ID: pdf900     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.

```
db              #+Ronald L. Keller, Jr.,    3540 West Crawford Avenue,    Dunbar, PA 15431-2205
r                +Dennis Martin,    Coldwell Banker Laurel Ridge Realty,    1307 Morrell Avenue,
                   Connellsville, PA 15425-3853
13812275         Bernstein-Burkley, PC,    707 Grant Street--Suite 2200 Gulf Tower,    Pittsburgh, PA 15219-1900
13812276        +Best Line Equipment,    140 Hawbaker Industrial Drive,    State College, PA 16803-2303
13829669        +Dennis Lumber,    4888 National Pike,    Marklesburg, PA 15459-1028
13812277        +Fayco Rentals, Inc.,    495 Connellsville Street,    Uniontown, PA 15401-2537
13812278        +Fayette Rental Solutions, LLC,    Walter N. Grimes,    495 Connellsville Street,
                   Uniontown, PA 15401-2537
13812279        +First Federal S & L Assoc. Greene County,    Main and Beeson,    P.O. Box 1246,
                   Uniontown, PA 15401-1246
13812280        +First Niagara Bank,    4224 Ridge Lea Road,    Buffalo, NY 14226-1081
13812283         GRS Services, Inc.,    550 Rear Pittsburgh Road,    Uniontown, PA 15401
13812282        +Golden Eagle Asphalt,    850 North Gallatin Avenue,    Uniontown, PA 15401-2117
13829670         John and John,    96 East Main Street,    Uniontown, PA 15401-3517
13812285        +Kay Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
13812286        +Lewandowski Equipment Co., lnc.,    1 Wedding Lane,    Mount Pleasant, PA 15666-9165
13829671        +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                   Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13814647        +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13812288        +PNC Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13812290         PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
13812289         PNC Bank,    Attn: Bankruptcy Department,    P.O. Box 5570,    Brecksville, OH 44101-0570
13812291        +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13829672        +Southwest Regional Tax Bureau,    One Centennial Way,    Scottdale, PA 15683-1741
13812292        +Spotto Ace Hardware,    805 West Crawford Avenue,    Connellsville, PA 15425-2593
13812293        +Steve Patterson, LLC,    d/b/a Dunbar Stone,    300 Pechin Road,    Dunbar, PA 15431-2009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13812281          E-mail/Text: fnb.bk@fnfg.com Nov 23 2016 02:37:20     First Niagara Bank,
                   6950 South Transit Road,    P.O. Box 514,    Lockport, NY 14095-0514
13885288         +E-mail/Text: kburkley@bernsteinlaw.com Nov 23 2016 02:37:44     First Niagara Bank, N.A.,
                   c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1945
13812284          E-mail/Text: cio.bncmail@irs.gov Nov 23 2016 02:35:20     Internal Revenue Service,
                   P.O. Box 7346,    Philadelphia, PA 19101-7346
13812287          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2016 02:35:59     PA Department of Revenue,
                   Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13814398          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2016 02:35:59
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
13817738          E-mail/Text: bnc-quantum@quantum3group.com Nov 23 2016 02:35:38
                   Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                   Kirkland, WA  98083-0788
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Federal Savings & Loan Association of Greene
cr              First Niagara Bank, N.A.
cr              PNC Mortgage, a division of PNC Bank, NA as servic
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: bsil              Page 2 of 2            Date Rcvd: Nov 22, 2016
                              Form ID: pdf900         Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, NA as servicer
           for Freddie Mac agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Anne N. John    on behalf of Creditor    First Federal Savings & Loan Association of Greene County
           johnandjohn96@atlanticbb.net
          Daniel R. White    on behalf of Debtor Ronald L. Keller, Jr. dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```